FILED

AUG - 3 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CR. NO. __3:05CR176-T__ |
| ) | [18 USC 922(g)(1)] |
| DORION JEREMY RYANS      ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about February 11, 2005, in Lee County, within the Middle District of Alabama,

DORION JEREMY RYANS,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) 4/30/97, Theft of Property, 1st degree, in the Circuit Court of Lee County, Alabama, CC-97-333;

2) 11/12/97, Burglary 3rd degree, in the Circuit Court of Chambers County, Alabama, CC-97-265;

did knowingly possess in and affecting commerce a firearm, to-wit: a Forajas Taurus Inc. model .38 Special Revolver, serial number 709056, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

Dorion Jeremy Ryans,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred, sold to, or deposited with a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney