IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:05-cr-176-T |
| ) | |
| DORIAN JEREMY RYANS ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE VANZETTA PENN MCPHERSON, UNITED STATES MAGISTRATE JUDGE:

 Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Dorian Jeremy Ryans now in custody of Kilby Correctional Facility, Mt. Meigs, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on September 21, 2005, at 10:00 a.m.

 WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Kilby Correctional Facility, Mt. Meigs, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on September 21, 2005, at 10:00 a.m.

 Respectfully submitted this the 10th of August, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov