IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-176-T |
| | ) | |
| DORIAN JEREMY RYANS | ) | |

## O R D E R

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the

opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that

the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD

PROSEQUENDUM addressed to Kilby Correctional Facility, Mt. Meigs, Alabama, commanding

them to deliver the said Dorian Jeremy Ryans to any United States Marshal or Deputy United States

Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at

Montgomery, Alabama, on September 21, 2005, at 10:00 a.m. and to return said prisoner to said

official when the Court shall have finished with him.

DONE this the 16th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE