| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: September 21, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 11:08 - 11:14** |

√ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:05cr176-T  **DEFENDANT NAME:** Dorion Jeremy Ryans
**AUSA:** Verne Speirs  **DEFENDANT ATTORNEY:** Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    √ **Not Guilty**
      ❏ **Guilty as to:**
          ❏ **Count(s):**
          ❏ **Count(s):**         ❏ dismissed on oral motion of USA
                       ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**  1/23/06     √ **WAIVER OF SPEEDY TRIAL filed.**
      **DISCOVERY DISCLOSURE DATE: 9/21/05**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
          ❏ Defendant requests time to secure new counsel