```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                         EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr176-T |
| | ) | |
| DORION JEREMY RYANS | ) | |

NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violation of Title 18, United States Code, Section 922(g)(1) as alleged in Count 1 of the criminal indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following firearm pursuant to Title 18, United States Code, 924 and Title 28, United States Code, Section 2461(c):

**One Forajas Taurus, Inc. Model .38 Special Revolver, bearing serial number 709056.**

Respectfully submitted this 26th day of September, 2005.

```
                    FOR THE UNITED STATES ATTORNEY
                         LEURA G. CANARY
```

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2005, I electronically filed the foregoing Notice of Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Donnie Bethel** and **Verne Speirs**.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280