**COURTROOM DEPUTY'S MINUTES**              **DATE:** 10/17/05

**MIDDLE DISTRICT OF ALABAMA**              **Digital Recording:** 9:45 - 9:46

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr176-T                **DEFENDANT(S):** Dorion Jeremy Ryans

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * * * * * | Jennifer Anne Hart |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**     Day and a Half for Trial
Term: 1/23/06

☐ **REMARKS:**     11/14/05 - Next Pretrial