IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.    3:05cr176-T |
| | ) | |
| DORION JEREMY RYANS | ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for 23 January 2006, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on 14 November 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 18th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE