| COURTROOM DEPUTY'S MINUTES | DATE: 11/21/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:41 - 9:41 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 3:05cr176-T | **DEFENDANT(S):** Dorion Jeremy Ryans |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Karl David Cooke, Jr., standing in for Verne Speirs | * * * * * | Kevin Butler, standing in for Jennifer Anne Hart |

☐ **DISCOVERY STATUS:** Complete

☐ **PENDING MOTION STATUS:** None

☐ **PLEA STATUS:** Likely Plea by 1/17/06 Consent Date

☐ **TRIAL STATUS** 2 Day Trial
Term: 1/23/06

☐ **REMARKS:**