| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/3/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:26 - 9:27 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr176-T     **DEFENDANT(S):** Dorion Jeremy Ryans

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Verne Speirs | | Jennifer Anne Hart |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**
Likely Plea by
1/17/06 Consent Date @ 9:00 a.m.
Plea Agreement due 1/13/06 @ 12:00 p.m.

☐ **TRIAL STATUS**     2 Day Trial
Term: 1/23/06

☐ **REMARKS:**