IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V.                                                ) | CR. No.: 3:05cr176-T |
| ) | |
| **DORION JEREMY RYANS**            ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Dorion Jeremy Ryans, by and through undersigned counsel, Jennifer A. Hart, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 13th day of January 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

           Respectfully submitted,


           s/Jennifer A. Hart
           **JENNIFER A. HART**
           FEDERAL DEFENDERS
           MIDDLE DISTRICT OF ALABAMA
           201 Monroe Street, Suite 407
           Montgomery, AL 36104
           Phone: (334) 834-2099
           Fax: (334) 834-0353
           jennifer_hart@fd.org
           AL Bar Code: HAR189