IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05cr176-MHT |
| | ) | |
| DORION JEREMY RYANS | ) | |

## **ORDER**

The defendant, DORION JEREMY RYANS, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, DORION JEREMY RYANS, appear with counsel before the undersigned Magistrate Judge on 17 January 2006 at 9:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this _____ day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE