| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 1/17/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: |
| | COURT REPORTER: Mitchell Reisner |

❏ **ARRAIGNMENT**　　x**CHANGE OF PLEA**　　❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**　　❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson　　**DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 3:05cr176-MHT　　**DEFENDANT NAME:** Dorion Jeremy Ryans
**AUSA:** Verne H. Speirs　　**DEFENDANT ATTORNEY:** Jennifer Anne Hart
　　Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
　　( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Terrence Marshall
**Interpreter present?** (√)NO; ( )YES　Name:
**DISCOVERY DISCLOSURE DATE:**　_PLEA NOT TAKEN - DEFENDANT CHANGED HIS MIND_

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.**　_ORAL MOTION FOR APPT OF COUNSEL_
❏ _ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED_
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**　　❏ Not Guilty　　　　　　　　❏ Nol Contendere
　　❏ Not Guilty by reason of insanity
　　❏ Guilty as to:
　　　　❏ Count(s):
　　　　❏ Count(s):　　　❏ dismissed on oral motion of USA
　　　　　　　　　　　　❏ to be dismissed at sentencing

❏ Written plea agreement filed　❏ **ORDERED SEALED**
❏ _____ Days to file pretrial motions　❏ _____ Trial date or term
❏ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
　　❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
　　❏ Posting a $_____ bond;
　　❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:　❏ Waiver of Conflict of Interest Form executed
　　　　❏ Defendant requests time to secure new counsel
❏ **WAIVER** of Speedy Trial. CRIMINAL TERM: