| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/17/06 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 3:31 - 3:53 |
| | **COURT REPORTER:** Jimmy Dickens |

❏ **ARRAIGNMENT**  x **CHANGE OF PLEA**  ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 3:05cr176-MHT   **DEFENDANT NAME:** Dorion Jeremy Ryans
**AUSA:** Verne H. Speirs   **DEFENDANT ATTORNEY:** Jennifer Anne Hart
Type counsel ( )Waived; ( )Retained; ( )CJA; (√ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Dwayne Spurlock
Interpreter present? ( √ )NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:**

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
❏ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ❏ Not Guilty             ❏ Nol Contendere
❏ Not Guilty by reason of insanity
√ Guilty as to:
  √ Count(s): 1
  ❏ Count(s): _____   ❏ dismissed on oral motion of USA
              ❏ to be dismissed at sentencing

√ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ _____ Days to file pretrial motions   ❏ _____ Trial date or term
√ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Count 1**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
  ❏ Trial on _____; ❏ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
  ❏ Posting a $_____ bond;
  ❏ Trial on _____; or √ Sentencing on *4/4/06 or by Separate Order*
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel
❏ WAIVER of Speedy Trial. CRIMINAL TERM: