IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-CR-176-LSC |
| | ) | |
| DORIAN JEREMY RYANS | ) | |

MOTION FOR DOWNWARD DEPARTURE FOR
ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level defendant's offense level based on defendant's acceptance of responsibility. As grounds for this motion, the United States avers as follows:

1. A grand jury sitting in the Middle District of Alabama returned an indictment against defendant on August 3, 2005.

2. After his arrest, defendant notified the United States of his intent to plead guilty to the indictment and information sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty on January 17, 2006.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in defendant's offense level for acceptance of responsibility such that the total reduction in offense level for defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 19th day of April, 2006.

                                          LEURA GARRETT CANARY
                                          UNITED STATES ATTORNEY

                                          /s/ Verne H. Speirs
                                          VERNE H. SPEIRS
                                          Assistant United States Attorney
                                          Post Office Box 197
                                          Montgomery, Alabama 36101-0197
                                          334-223-7280
                                          334-223-7135 Fax
                                          verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-CR-176-LSC |
| | ) | |
| DORIAN JEREMY RYANS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 19th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jennifer Hart.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280
334-223-7135 Fax
verne.speirs@usdoj.gov