IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr176-LSC |
| | ) | |
| DORION JEREMY RYANS | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

On March 30, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Dorion Jeremy Ryans to forfeit the following firearm to the United States:

**One Forajas Taurus, Inc. Model .38 Special Revolver, bearing serial number 709056.**

The United States published in the <u>Montgomery Independent</u> newspaper notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant Dorion Jeremy Ryans had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

the following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> **One Forajas Taurus, Inc. Model .38 Special Revolver, bearing serial number 709056.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

Done this 7th day of August 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019